**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT SEATTLE**

FILED
LODGED
RECEIVED
MAIL

MAY 15 2025

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

FILED
SKAGIT COUNTY CLERK
SKAGIT COUNTY, WA
2025 MAY -9 PM 3:06

RAVI SUBRAMANIAN
CLERK OF COURT
700 STEWART ST.
SEATTLE, WA 98101

May 6, 2025

Skagit County Superior Court
205 W Kincaid St Ste 202
Mount Vernon, WA 98273

RE: *Dahlstrom v. Inslee et al*
Case #2:25–cv–00262–JNW

Dear Clerk:

Please find enclosed the certified copy of Judge Jamal N Whitehead's *Order Remanding Case to State Court* in the above–referenced case. A certified copy of the docket sheet is also included.

**Please return the copy of this cover letter with the following information:**

*Superior Court Case Number(s)*: 25–2–00037–29

*Assigned to Judge*: ____________________

*Completed by Deputy Clerk*: ____________________ D. WILSON

Thank you in advance for your cooperation and assistance.

Sincerely,

s/Kathleen R Albert,
*Deputy Clerk*

Enclosures

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

SEATTLE WA 980
14 MAY 2025 AM 4 L

NO POSTAGE NECESSARY IF MAILED IN THE UNITED STATES

FILED
LODGED
RECEIVED
MAIL

MAY 15 2025

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

BUSINESS REPLY MAIL
FIRST-CLASS MAIL PERMIT NO. 12615 WASHINGTON DC

POSTAGE WILL BE PAID BY ADMIN OFFICE OF THE U.S. COURTS

CLERK U.S. DISTRICT COURT
UNITED STATES COURTHOUSE
700 STEWART ST, SUITE 2310
SEATTLE WA 98101-9906